UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIFFANY BROWN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-2847 |
| | § | |
| HARRIS COUNTY HOUSING AUTHORITY, | § | |
| TOM MCCASLAND, HORACE ALLISON, | § | |
| DEBRA MCCRAY AND BEVERLY BURROUGHS, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that defendants Harris County Housing Authority and Horace Allison's motions to dismiss (Dkt. 8, 9) be DENIED AS MOOT and defendants' supplemental motion to dismiss (Dkt. 23) be GRANTED in part, and DENIED in part. Dkt. 36. The M&R advises that any parties wishing to object to the M&R must do so by September 14, 2016. *Id.* at 16. The court has received no objections. The court, having reviewed the M&R, relevant documents in the record, and the applicable law, having received no objections, and finding no error, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, defendants' motions to dismiss (Dkt. 8, 9) are DENIED AS MOOT and defendants' supplemental motion to dismiss (Dkt. 23) is GRANTED in part, and DENIED in part.

Signed at Houston, Texas on September 20, 2016.

_____
Gray H. Miller
United States District Judge