United States District Court
Southern District of Texas
**ENTERED**
July 03, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIFFANY BROWN, <br> Plaintiff <br><br> v. <br><br> HARRIS COUNTY HOUSING AUTHORITY and HORACE ALLISON, individually and in his official capacity as Hearing Officer of the Harris County Housing Authority, <br> Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. 4:15-CV-02847 |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A LATE SUMMARY JUDGMENT RESPONSE

Having read Plaintiff's Unopposed Motion for Leave to File a Late Summary Judgment Response, the Court is of the opinion that Plaintiff's Motion has merit and in all things should be granted. Accordingly, it is

1. ORDERED Plaintiff's Unopposed Motion for Leave to File a Late Summary Judgment Response is hereby Granted. It is further

2. ORDERED Plaintiff's Response to Defendants' Amended Motion for Summary Judgment is hereby filed as of June 13, 2017.

This _3rd_ day of _Jul_, 2017.

_____
UNITED STATES MAGISTRATE JUDGE