United States District Court
Southern District of Texas
**ENTERED**
March 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIFFANY BROWN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-2847 |
| | § | |
| HARRIS COUNTY HOUSING AUTHORITY, | § | |
| TOM MCCASLAND, HORACE ALLISON, | § | |
| DEBRA MCCRAY AND BEVERLY BURROUGHS, | § | |
| | § | |
| *Defendants*. | § | |

# FINAL JUDGMENT

Pursuant to the court's order signed March 12, 2018 (Dkt. 98), the motion for summary judgment filed by defendants Harris County Housing Authority and Horace Allison ("Defendants") (Dkt. 74) is GRANTED. Therefore, the lawsuit filed by plaintiff Tiffany Brown is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on March 12, 2018.

_____
Gray H. Miller
United States District Judge